# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. A-19-CR-00180-LY |
| **MARIA ELIZABETH VALLECILLO,** *Defendant* | § § § | |

## Order on Motion to Appoint New Counsel

Before this Court is Defendant Maria Elizabeth Vallecillo's Motion to Appoint New Counsel (the "Motion"), filed on November 1, 2019 (Dkt. No. 22). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on November 5, 2019 (Dkt. No. 23).

A hearing on the Motion was held on November 6, 2019. At the conclusion of the hearing, Defendant stated that she wishes to continue being represented by her currently appointed counsel, Jana Ortega. The Motion therefore is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on November 6, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE